IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICKEY WILLIAMS                                                                                             PLAINTIFF

v.                                              Case No. 6:21-cv-06046

WARDEN RUH; DEPUTY WARDEN
WHITE; MAJOR OTTS; MR. BEATY;
LIEUTENANT SATTERWHITE;
LIEUTENANT BAKER; LIEUTENANT
LISA TAYLOR; JOHN AND JANE DOE
MEDICAL STAFF                                                                                              DEFENDANTS

# ORDER

Now before the Court is the Report and Recommendation filed July 1, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 8). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*.  Judge Bryant recommended that this case be dismissed without prejudice pursuant to Rule 41(b), based on Plaintiff's failure to prosecute his case, his failure to obey the order of the Court, and his failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*.  Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 21st day of July 2021.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1